Opinion issued December 2, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00406-CV

———————————

WAYNE R.
PRESCOTT, Appellant

V.

TEXAS DOW EMPLOYEES CREDIT UNION,
Appellee



 



 

On Appeal from County Court at Law No. 3 and
Probate Court

Brazoria County, Texas



Trial Court Case No. CI042858

 



 

MEMORANDUM OPINION

          Appellant Wayne R. Prescott has neither established
indigence, nor paid all the required fees, including the clerk’s fee.  See Tex.
R. App. P. 5 (requiring payment of fees in civil cases unless indigent),
20.1 (listing requirements for establishing indigence), 37.3(b) (authorizing
dismissal when appellant fails to pay the clerk’s fee); see also Tex. Gov’t Code Ann. §§ 51.207,
51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2010) (listing fees in court of
appeals); Fees Civ. Cases B(1),
(3) (listing fees in court of appeals). 
After being notified that this appeal was subject to dismissal, Prescott
did not adequately respond.  See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

          The
appeal is dismissed for nonpayment of all required fees.  All pending motions are denied.

 

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Higley and Massengale.